# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ANTWON D. JENKINS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | **2:17-cv-1951-AKK-JEO** |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

On January 11, 2018, the magistrate judge filed his Report and Recommendation, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot, based upon the Bureau of Prisons' motion to dismiss. Doc. 6. No objections have been filed. Having now carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* is due to be **DISMISSED WITH PREJUDICE** as **MOOT**. A separate final judgment will be entered.

**DONE** the 20th day of February, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE